UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO.; ECKERD CORPORATION; THE KROGER CO.; and MAXI DRUG, INC., | SUMMONS IN A CIVIL CASE |
| v. | CASE NUMBER: 0 5 - 4 0 4 |
| ABBOTT LABORATORIES; FOURNIER INDUSTRIE ET SANTÉ; and LABORATORIES FOURNIER S.A., | |

**TO:** ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, IL 60064
By serving: The Corporation Trust Co.
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801
Telephone: 302-658-7581

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

Elizabeth M. McGeever, Esq.
PRICKETT, JONES & ELLIOT
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                    6/16/05
_____                _____
CLERK                                                          DATE

_Beth Dew_
_____
BY DEPUTY CLERK

223745.1

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/16/05 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: ABBOTT LABORATORIES C/O CT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY BRIAN PENROD

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.