IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO.; ECKERD CORPORATION; THE KROGER CO.; and MAXI DRUG, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : C.A. No. 05-404-(KAJ) <br> : <br> : |
| v. | : <br> : |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE' and LABORATORIES FOURNIER S.A., | : <br> : <br> : <br> : |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Scott E. Perwin, Esquire to represent plaintiffs in this action.

PRICKETT, JONES & ELLIOTT, P.A.

_/s/ Elizabeth M. McGeever_
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

## ORDER GRANTING MOTION

The foregoing application of Scott E. Perwin, Esquire for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

19638.1\277698v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

_____
Scott E. Perwin

Dated: June 23, 2005

19638.1\277698v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 18th day of July, 2005, I caused a copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE to be served on counsel for the parties via Facsimile and United States Mail:

William F. Cavanaugh, Jr., Esquire
Chad J. Peterman, Esquire
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

J. Clayton Athey (#4378)