IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION : : : | C.A. No. 05-cv-340-KAJ |
| THIS DOCUMENT RELATES TO: : : | |
| C.A. Nos.   05-cv-404-KAJ : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lauren C. Ravkind, Esquire to represent plaintiffs in this action.

PRICKETT, JONES & ELLIOTT, P.A.

_/s/ Elizabeth M. McGeever_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

**ORDER GRANTING MOTION**

The foregoing application of Lauren C. Ravkind, Esquire for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

19638.1\308833v1

# CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 19th day of July, 2006, I caused a copy of the foregoing MOTION FOR ADMISSION PRO HAV VICE OF LAUREN C. RAVKIND to be filed via CM/ECF and served on counsel for the parties as follows:

| | |
|---|---|
| Steven C. Sunshine, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C. 20004 | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 |
| William F. Cavanaugh, Jr., Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 |
| Paula L. Blizzard, Esquire<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Mary B. Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt &Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Christopher T. Holding, Esquire<br>Goodwin Proctor LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |
| Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait Gross & Goddess<br>P.O. Box 1070<br>Wilmington, DE 19899 | Bruce Gerstein, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 |
| Bryan L. Clobes, Esquire<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Bernard Persky, Esquire<br>Goodkin Labaton Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017 |

19638.1\286256v1

Pamela S. Tikellis, Esquire
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph T. Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Daniel Berger
Eric L. Cramer
Peter R. Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

_____
Elizabeth M. McGeever (#2057)